MOED-0001          DISCLOSURE STATEMENT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

Michaella Robinson

Plaintiff(s),

vs.

Prime Comms Retail, LLC d/b/a Prime
Communications, L.P.

Defendant(s).

)
)
)
)
)
)
)
)
)
)
)

Case No. 4:23-cv-00904

**DISCLOSURE STATEMENT**

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for __Defendant__ hereby discloses the following:

1.   If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,

a.   Whether it is publicly traded, and if it is, on which exchange(s):

b.   Its parent companies or corporations (if none, state "none"):

c.   Its subsidiaries not wholly owned by the subject (if none, state "none"):

d.   Any publicly held company or corporation that owns  five percent (5%) or more of the subject's stock (if none, state "none"):

2.   If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:

Prime Retail Comms, LLC is a Delaware limited liability company. The sole member of Prime Retail Comms, LLC is Prime Communications, L.P, a Texas limited partnership. The partners of Prime Communications, L.P. are Farid Virani, Akbar Mohamed, Virani Trust, MID Trust, and ZAF, LLC. ZAF, LLC's sole member is Farid Virani. All partners of Prime Communications, L.P. are citizens of Texas.

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure.  Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

MOED-0001            DISCLOSURE STATEMENT

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

/s/ Mallory S. Zoia
_____
Signature (Counsel for Plaintiff/Defendant)
Print Name: _____Mallory S. Zoia_____
Address: _7700 Bonhomme Ave., Ste 650_
City/State/Zip: ___St. Louis, MO 63105___
Phone: _____314-898-4078_____

## Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure Statement was served (by mail, by hand delivery, or by electronic notice) on all parties on:
_July 14_____, 20_23__.

/s/ Mallory S. Zoia
_____
Signature